# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAR 31 PM 2:32

United States of America )
v. )
) Case No: CR602-00008-002
Thomas Brown, Jr. )
) USM No: 11052-021
Date of Previous Judgment: January 13, 2003 ) Fletcher Farrington
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 25     Amended Offense Level: 25
Criminal History Category: VI     Criminal History Category: VI
Previous Guideline Range: 110 to 137 months     Amended Guideline Range: 110 to 137 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
There is no change in the defendant's guideline range as his base offense level is still thirty since the two-level decrease pursuant to U.S.S.G. § 2D1.1(a)(3) is not applicable.

Except as provided above, all provisions of the judgment dated January 13, 2003, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 31, 2008

Judge's signature

John F. Nangle
Judge, U. S. District Court
Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)