# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Thomas Brown, Jr. ) | CASE NO. CR602-00008-002 |

## ORDER

On March 31, 2008, the Honorable John F. Nangle entered an Order denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). The Court found Defendant's guideline range remained the same because his base offense level remains thirty since the two-level decrease pursuant to U.S.S.G. § 2D1.1(a)(3) is not applicable.

On May 8, 2009, Defendant filed a second Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Judge Nangle is now deceased and the motion has been transferred to the undersigned for disposition. The Court has carefully considered Defendant's Motion and the sentencing factors set forth in 18 U.S.C. § 3553(a). The Court **DENIES** Defendant's Motion for the same reasons stated in Judge Nangle's Order dated March 31, 2008.

**SO ORDERED**, this 2 6 day of May, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia